KILIAN J. O'BOYLE, an Infant, etc., v. BOUDIN CONSTRUCTION COMPANY and Others, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANDREW J. O'BOYLE v. BOUDIN CONSTRUCTION COMPANY and Others, Impleaded with Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN C. STRUBBE v. BOWMAN HOTEL CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CLARENCE E. OLMSTED v. MAY OLMSTED.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILA B. RISHEL v. WARREN K. RISHEL.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL STERN v. THE CITY OF NEW YORK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE A. TWELE and Others v. MABEL PENNER.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LINA HOBERG v. A. SOFRANSCY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THOMAS C. REID, Successor Trustee, etc., of CHARLES B. CORNELL, Deceased.— Motion to dismiss appeal denied, with ten dollars costs, without prejudice to renewal if the perfecting of the appeal be unreasonably delayed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FREDMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES PERDUE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM ROBITZEK v. FANNIE H. FREED.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE E. SEALY & COMPANY v. ARDS BUILDING CORPORATION and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEX RUBIN v. A. S. ROSENTHAL COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.